UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY D. CROSBY, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:16-1861 |
| v. | : | (Judge Mannion) |
| Warden, BRENT CHAMBER | : | |
| Respondent | : | |

FILED
SCRANTON
APR 0 5 2018
Per_____
DEPUTY CLERK

**ORDER**

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**.

2. Petitioner's motion for status call (Doc. 13) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**Dated: April 5, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1861-01-ORDER.wpd